IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:08CV324-W

| | |
|---|---|
| J & J PRODUCTIONS, INC., ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| PICASSO'S SPORTS CAFÉ, INC. d/b/a ) | ORDER |
| PICASSO'S SPORTS CAFÉ and ) | |
| DONALD F. BURGOON, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the "Plaintiff's Motion for Approval of Representative at Mediation" (document #16) filed March 17, 2009. The Plaintiff seeks to have an attorney serve as the Plaintiff's representative at mediation. However, the Order for Mediated Settlement Conference provides that the following persons "shall attend the mediated settlement conference in person":

a. For an individual party, that party; or for a corporate party, an officer, director, or employee having authority to settle the claim;

b. The parties' principal counsel of record, if any; and

c. For any party against whom a claim is made that is covered in whole or in part by an insurance policy, a representative of the insurance carrier (excluding outside counsel), which representative has full authority to settle the claim.

The Court has not found good cause to deviate from this requirement. Accordingly, the Plaintiff's Motion is **DENIED**.

Signed: March 18, 2009

**SO ORDERED.**

Carl Horn, III
United States Magistrate Judge